

# THE THIRTEENTH COURT OF APPEALS

13-25-00085-CV

Matthew Doyle and Charlene Doyle
v.
Viridian Municipal Management District

On Appeal from the
67th District Court of Tarrant County, Texas
Trial Court Cause No. 067-340965-23

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

April 17, 2025